AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

JUN 10 2...

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| EDGAR CARDONA-ANGEL | CASE NUMBER: 08CR1864-JLS |

I, EDGAR CARDONA-ANGEL, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/10/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Edgar Cordova_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER